JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE DAVIS, | Case No. CV 16-02347 PA (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| THE PEOPLE, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: 1/21/2017

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE